*1136 520 U. S. 875;
520 U. S. 1226;
520 U. S. 1229;
520 U. S. 1251;
520 U. S. 1265;
520 U. S. 1231;
520 U. S. 1241;
*1137 No. 96-6480.
No. 96-7748.
No. 96-7796.
No. 96-7937.
No. 96-7980.
No. 96-8086.
No. 96-8172.
No. 96-8250.
No. 96-8288.
No. 96-8289.
No. 96-8292.
No. 96-8294.
No. 96-8299.
No. 96-8373.
No. 96-8375.
No. 96-8384.
No. 96-8428.
No. 96-8464.
No. 96-8498.
No. 96-8512.
No. 96-8532.
No. 96-8571.
No. 96-8572.
No. 96-8606.
519 U. S. 1063;
520 U. S. 1171;
520 U. S. 1253;
520 U. S. 1189;
520 U. S. 1160;
520 U. S. 1214;
520 U. S. 1190;
520 U. S. 1242;
520 U. S. 1233;
520 U. S. 1233;
520 U. S. 1233;
520 U. S. 1191;
520 U. S. 1242;
520 U. S. 1244;
520 U. S. 1244;
520 U. S. 1244;
520 U. S. 1245;
520 U. S. 1255;
520 U. S. 1234;
520 U. S. 1266;
520 U. S. 1256;
520 U. S. 1268;
520 U. S. 1222;
520 U. S. 1268;
*1138 No. 96-8618.
No. 96-8627.
No. 96-8637.
No. 96-8644.
No. 96-8667.
No. 96-8677.
No. 96-8697.
No. 96-8771.
No. 96-8840.
No. 96-8919.
520 U. S. 1234;
520 U. S. 1234;
520 U. S. 1273;
520 U. S. 1256;
520 U. S. 1227;
520 U. S. 1279;
520 U. S. 1235;
520 U. S. 1246;
ante, p. 1124; and
520 U. S. 1280. Petitions for rehearing denied.